ORIGINAL

FILED

01/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0150

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0150

_____

PAMELA JO POLEJEWSKI,

    Plaintiff and Appellant,

v.

           O R D E R

CASCADE COUNTY, JOHN and JANE DOE,

    Defendants and Appellees.

_____

On November 28, 2023, we issued an Opinion in the above-entitled action, affirming the District Court's dismissal of Polejewski's lawsuit against Cascade County on issue preclusion grounds, and declaring Polejewski a vexatious litigant. _Polejewski v. Cascade Cty._, 2023 MT 230N. Polejewski timely filed a petition for rehearing.

M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered Polejewski's petition, we conclude that rehearing is not warranted under the standards of M. R. App. P. 20(1)(a).

Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

The Clerk of Court is directed to mail copies of this Order to Pamela Jo Polejewski and all counsel of record.

DATED this ____9th____ day of January, 2024.

_____
Chief Justice

FILED

JAN 0 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices